Before the First Division, June 18, 1947

**No. 51786.**—West Coast Trading Co. *v.* United States, protest 113493–K (Los Angeles).

Opinion by Oliver, P. J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in Abstract 51244.   The claim at 80 percent under paragraph 1527 (d) was therefore sustained.